UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TARGET CORPORATION CUSTOMER
DATA SECURITY BREACH LITIGATION                MDL No. 2522

## TRANSFER ORDER

**Before the Panel:**[*] In three separate motions, plaintiffs in three actions have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in various districts, including the Middle District of Louisiana, the Eastern District of Louisiana, the Northern District of Illinois, the Central District of California, the Southern District of Florida, or the District of Minnesota. This litigation currently consists of 33 actions pending in eighteen districts as listed on Schedule A.[1]

All parties agree that centralization is warranted, but disagree about the most appropriate transferee district. Plaintiffs in more than 50 actions and potential tag-along actions have responded to the motions, and they variously argue in support of centralization in the Middle District of Louisiana, the Eastern District of Louisiana, the Northern District of Illinois, the Central District of California, the Southern District of Florida, the District of Minnesota, the Southern District of Illinois, the District of Colorado, the Southern District of California, the Northern District of California, or the Eastern District of New York. Common defendant Target Corp. (Target) supports centralization in the District of Minnesota.

On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization in the District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share factual questions arising from a data security breach at stores owned and operated by Target between November 27, 2013, and December 15, 2013. Centralization will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including with respect to class certification; and conserve the resources of the parties, their counsel, and the judiciary.

---

[*] Judge Marjorie O. Rendell and Judge Lewis A. Kaplan did not participate in the disposition of this matter. Certain Panel members who could be members of the putative classes in this docket have renounced their participation in these classes and have participated in the decision.

[1] An additional action was included in the motions for centralization, but has been dismissed without prejudice.

The Panel has been notified of 71 related actions pending in 35 district courts. These and any other related actions are potential tag-along actions. *See* Panel Rules 1.1(h), 7.1 and 7.2.

CASE 0:14-md-02522-PAM   Document 1   Filed 04/02/14   Page 2 of 5
Case 3:13-cv-05901-SC   Document 15   Filed 04/03/14   Page 2 of 5

-2-

We are persuaded that the most appropriate location for this litigation is the District of Minnesota. Target is headquartered in that district, where 25 actions and potential tag-along actions are pending. All actions in the district are pending before Judge Paul A. Magnuson, a jurist with extensive experience in multidistrict litigation. Moreover, the District of Minnesota is easily accessible and relatively centrally located for the parties to this litigation, which is nationwide in scope.

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable Paul A. Magnuson for coordinated or consolidated pretrial proceedings in that district.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Charles R. Breyer                           Sarah S. Vance
Ellen Segal Huvelle

IN RE: TARGET CORPORATION CUSTOMER
DATA SECURITY BREACH LITIGATION                MDL No. 2522

## SCHEDULE A

### Central District of California

KLEIN V. TARGET CORPORATION, ET AL., C.A. No. 8:13-01974  14cv933 PAM

### Northern District of California

KIRK V. TARGET CORPORATION, C.A. No. 3:13-05885  14cv934 PAM
WREDBERG V. TARGET CORPORATION, C.A. No. 3:13-05901  14cv935 PAM
GUZMAN, ET AL. V. TARGET CORPORATION, C.A. No. 3:13-05953  14cv936 PAM

### Southern District of California

BOHANNON V. TARGET CORPORATION, C.A. No. 3:13-03139  14cv937 PAM

### District of Colorado

COUNCIL V. TARGET CORPORATION, C.A. No. 1:13-03479  14cv938 PAM

### Middle District of Florida

CRUZ V. TARGET CORPORATION, C.A. No. 8:13-03200  14cv939 PAM
KWAN V. TARGET CORPORATION, ET AL., C.A. No. 8:13-03252  14cv940 PAM

### Southern District of Florida

GRAY V. TARGET CORPORATION, C.A. No. 0:13-62769  14cv941 PAM

### Northern District of Illinois

IN RE: TARGET CORPORATION CUSTOMER SECURITY BREACH  14cv942 PAM
   LITIGATION, C.A. No. 1:13-09070
MCCARTER V. TARGET CORPORATION, C.A. No. 1:13-09147  14cv943 PAM
NOVAK, ET AL. V. TARGET CORPORATION, C.A. No. 1:13-09165  14cv944 PAM
MCPHERSON V. TARGET CORPORATION, C.A. No. 1:13-09188  14cv945 PAM
ELLIS V. TARGET CORPORATION, C.A. No. 1:13-09232  14cv946 PAM
VASQUEZ, ET AL. V. TARGET CORPORATION, ET AL., C.A. No. 1:13-09279  14cv947 PAM

- A2 -

**MDL No. 2522 Schedule A (Continued)**

<u>Southern District of Illinois</u>

SWITZER, ET AL. V. TARGET CORPORATION, C.A. No. 3:13-01319  14cv948 PAM

<u>Eastern District of Louisiana</u>

HAWKINS V. TARGET CORPORATION, C.A. No. 2:13-06770  14cv949 PAM

<u>Middle District of Louisiana</u>

LAGARDE V. TARGET CORPORATION OF MINNESOTA, ET AL., C.A. No. 3:13-00821  14cv950 PAM

<u>District of Massachusetts</u>

TIRADO V. TARGET CORPORATION, ET AL., C.A. No. 1:13-13212  14cv951 PAM
HELLER V. TARGET CORPORATION, C.A. No. 1:13-13257  14cv954 PAM
DERBA V. TARGET CORPORATION, C.A. No. 1:13-13267  14cv953 PAM

<u>District of Minnesota</u>

HORTON V. TARGET CORPORATION, ET AL., C.A. No. 0:13-03583  N/A
BURKSTRAND, ET AL. V. TARGET CORPORATION, C.A. No. 0:13-03593  N/A
ALONSO III V. TARGET CORPORATION, C.A. No. 0:13-03601  N/A
ASHENFARB, ET AL. V. TARGET CORPORATION, C.A. No. 0:14-00010  N/A
SAVEDOW V. TARGET CORPORATION, C.A. No. 0:14-00054  N/A

<u>Eastern District of Missouri</u>

RANSOM, ET AL. V. TARGET CORPORATION, ET AL., C.A. No. 4:13-02591  14cv952 PAM

<u>Eastern District of New York</u>

SHANLEY, ET AL. V. TARGET CORPORATION, C.A. No. 2:13-07279  14cv955 PAM

<u>District of Oregon</u>

PURCELL V. TARGET CORPORATION, C.A. No. 3:13-02274  14cv956 PAM

- A3 -

MDL No. 2522 Schedule A (Continued)

<u>District of Rhode Island</u>

KNOWLES, ET AL. V. TARGET CORPORATION, C.A. No. 1:13-00793   14cv957 PAM

<u>District of Utah</u>

ROTHSCHILD, ET AL. V. TARGET, C.A. No. 1:13-00178   14cv958 PAM

<u>Western District of Washington</u>

SYLVESTER V. TARGET CORPORATION, C.A. No. 2:13-02286   14cv959 PAM